IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

**CHRISTINE A. LAMORTE**                                                    **PLAINTIFF**

vs.                                  Civil No. 3:08-cv-03040

**MICHAEL J. ASTRUE**                                                       **DEFENDANT**
**Commissioner, Social Security Administration**

ORDER

Before the Court is the **Report and Recommendation**, filed on February 8, 2010 by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas (document #17). Said Report and Recommendation recommends that Plaintiff's Application for Attorney Fees Under the Equal Access to Justice Act ("EAJA") be **granted**. Defendant has not filed objections to the Report and Recommendation, and the time to object has passed. *See* 28 U.S.C. § 636(b)(1).

Accordingly, this Court finds that counsel is entitled to compensation under the EAJA in the amount of **$1,522.03,** representing 6.25 hours of attorney work at an hourly rate of $155.00, 6.75 hours of paralegal work at an hourly rate of $75.00, and $47.03 in postage and copies. This amount should be paid in addition to, and not out of, any past due benefits which Plaintiff may be awarded in the future.

The parties are reminded that the award herein under the EAJA will be taken into account at such time as a reasonable fee is determined pursuant to 42 U.S.C. § 406 in order to prevent double

recovery by counsel for Plaintiff.

**IT IS SO ORDERED** this 30th day of March, 2010.

                                           **/s/ Jimm Larry Hendren**
                                           **JIMM LARRY HENDREN**
                                           **UNITED STATES DISTRICT JUDGE**